# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Romel Walker, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Renee Walker, et al., <br><br> Defendants. | **NO. CV-21-00904-PHX-CDB** <br><br> **MEMORANDUM OF DECISION AND ORDER** |

The matter was referred to Magistrate Judge Camille D. Bibles for a Report and Recommendation. (Doc. 3.) On June 3, 2021, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 5.) To date, no objections have been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge. (Doc. 5.)

**IT IS FURTHER ORDERED dismissing with prejudice** Plaintiffs' Complaint. (Doc. 1.)

**IT IS FURTHER ORDERED denying as moot** Plaintiffs' motion for leave to proceed without prepayment of costs and fees. (Doc. 2.)

**IT IS FURTHER ORDERED directing** the Clerk of Court to close this matter.

Dated this 28th day of June, 2021.

Honorable Stephen M. McNamee
Senior United States District Judge